# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  
**Rebecca Handley Snelgrove**  
    Debtor

Case No.: 15–30309–EJC  
Judge: Edward J. Coleman III  
Chapter: 13

## ORDER PURSUANT TO 11 U.S.C. § 521(i)

After notice and an opportunity for hearing, the Court finds that Debtor(s) has complied with the provisions of 11U.S.C. § 521(i) and is NOT SUBJECT TO AUTOMATIC DISMISSAL.



Edward J. Coleman III  
United States Bankruptcy Judge  
PO Box 8347  
Savannah, GA 31412

Dated **December 4, 2015**

*GASB–62 (Rev.03/07)* **CMT**